No. 11–5142.   CHANEY v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 11–5143.   WRAY v. REYNOLDS, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 11–5145.   MOSS v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 11–5147.   MORAN v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 11–5148.   CAMPBELL v. SOCIAL SECURITY ADMINISTRATION. C. A. 3d Cir.   Certiorari denied.

No. 11–5151.   RODRIGUEZ-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir.   Certiorari denied.

No. 11–5153.   BROWN v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 11–5154.   OLIVARES-GONZALEZ v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 11–5155.   PEARSON v. NAPOLITANO, SECRETARY OF HOMELAND SECURITY.   C. A. 5th Cir.   Certiorari denied.

No. 11–5156.   MCMILLAN v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 11–5157.   NELSON v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 11–5158.   BOULDING v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 11–5159.   BATTLE v. BODISON, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 11–5160.   BUCHANAN v. TEXAS.   Ct. App. Tex., 4th Dist. Certiorari denied.

No. 11–5161.   BLOODWORTH, AKA GREEN v. UNITED STATES. C. A. 4th Cir.   Certiorari denied.